ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SADAF ALI SHAH,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

CASE NO. 2:26-CV-01650-DAD-AC

STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF THE DEADLINE FOR DEFENDANTS' RESPONSE

For the following reasons, Defendants and Plaintiff respectfully request an extension of time for Defendants to file their answer or alternate responsive pleading.

The current action alleges that Defendant U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of Plaintiff's I-130 Petition. Since the filing of the Complaint, the parties have been communicating about the agency's work toward adjudicating this case. The next step toward adjudication is the Plaintiff's interview, which the agency scheduled for August 24, 2026. This interview and any follow up work is necessary to the adjudication of the subject petition. Since the scheduling of this interview, Plaintiff moved to Connecticut and requested the interview to be rescheduled. This move necessitated the transfer of this case to a new USSCIS Field Office and assignment of new agency counsel; the new attorney will need to review the file and reschedule the interview, followed by review of evidence and information received in this process. Given this status,

the parties wish to extend the deadline through and including November 12, 2026 to allow time for the adjudicatory process to proceed. The parties therefore stipulate that the deadline for Defendants to file an answer or other pleading is November 12, 2026. The parties further request that all other filing deadlines be similarly extended.

Based on the foregoing stipulation, the deadline for Defendants to file their answer or alternate responsive pleading to the Complaint is November 12, 2026. All other deadlines and proceedings are similarly extended.

Dated: August 17, 2026

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated: August 17, 2026

*/s/ Sadaf Ali Shah (as authorized on August 17, 2026)*
SADAF ALI SHAH
Pro Se Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Date: August 17, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE